**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-03532 ESL | Judge: | ENRIQUE S. LAMOUTTE INCLAN | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ANGEL LUIS CLAUDIO DIAZ | | | Date Filed (f) or Converted (c): | 05/19/2017 (f) |
| | | | | 341(a) Meeting Date: | 06/28/2017 |
| For Period Ending: | 12/31/2019 | | | Claims Bar Date: | 06/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-Family Home, This Property Has 3 Bedrooms And 1 bathroom [BO SAN SALVADOR SEC LOS ROSALES CARR 765CAGUAS PR 00725] | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1996 Mazda B-Series Pickup Mileage: 153391 | 800.00 | 800.00 | | 800.00 | FA |
| 3. 2001 Jeep Cherokee Mileage: 161404 | 2,501.00 | 0.00 | OA | 0.00 | FA |
| 4. Household Goods And Furnishings  Claimed exempt | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. 2 Tvs, Smartphone, Dvd, Speakers  Claimed exempt | 300.00 | 300.00 | | 0.00 | FA |
| 6. Clothing And Personal Effects  Claimed exempt | 200.00 | 200.00 | | 0.00 | FA |
| 7. Banco Santander De Puerto Rico Account No: X7088  Zero balance at filing the petition | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $104,801.00    $2,300.00    $800.00    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 31, 2019

An adversary proceeding seeking several remedies against Debtor was filed on October 21, 2019. Trustee investigating these pleadings to ascertain if there is some realizable value for the benefit of creditors.

Initial Projected Date of Final Report (TFR): 04/30/2019     Current Projected Date of Final Report (TFR): 04/30/2020

Trustee Signature:   /s/ WIGBERTO LUGO-MENDER, TRUSTEE     Date: 02/19/2020

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787) 707-0404
wlugo@ecf.epiqsystems.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-03532  
Case Name: ANGEL LUIS CLAUDIO DIAZ  
Taxpayer ID No:  
For Period Ending: 12/31/2019  

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE  
Bank Name: BANCO SANTANDER  
Account Number/CD#: XXXXXX3384  
Checking  
Blanket Bond (per case limit): $13,092,422.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/18 | 2 | Angel Claudio Diaz | Vehicle Mazda Pick up 1996 | 1129-000 | $300.00 | | $300.00 |
| 03/15/18 | 2 | Angel Claudio Diaz | Vehicle Mazda Pick up 1996 | 1129-000 | $500.00 | | $800.00 |
| 10/11/18 | 101 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium Per Order entered on October 12, 2018 [Refer to dockets #36 and #37] | 2300-000 | | $1.84 | $798.16 |
| 06/26/19 | | BANCO SANTANDER | Bank service charge | 2600-000 | | $10.00 | $788.16 |
| 07/05/19 | | BANCO SANTANDER | Bank service charge | 2600-000 | | $10.00 | $778.16 |
| 09/12/19 | | BANCO SANTANDER | Bank service charge | 2600-000 | | $10.00 | $768.16 |
| 09/25/19 | 102 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium As per Order entered on September 26, 2019 [Refer to dockets #43 and #44] | 2300-000 | | $1.62 | $766.54 |

| | | |
|---|---|---|
| COLUMN TOTALS | $800.00 | $33.46 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $800.00 | $33.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $800.00 | $33.46 |

Page Subtotals: $800.00   $33.46

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3384 - Checking | $800.00 | $33.46 | $766.54 |
|  | $800.00 | $33.46 | $766.54 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $800.00 |
| Total Gross Receipts: | $800.00 |

Trustee Signature:   /s/ WIGBERTO LUGO-MENDER, TRUSTEE     Date: 02/19/2020

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787) 707-0404
wlugo@ecf.epiqsystems.com

Page Subtotals:                                                                                                 $0.00         $0.00