UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

| | |
|---|---|
| WILFREDO ACEVEDO RUIZ | CASE No. 12-03986 ESL |
| JOSE RAFAEL NEGRON CRUZ | CASE No. 17-03258 ESL |
| ANGEL LUIS CLAUDIO DIAZ | CASE No. 17-03532 ESL |
| RUBEN BADILLO PEREZ | CASE No. 17-06275 ESL |
| DEL CAST ENGINEERING CORP | CASE No. 17-06993 ESL |
| DOMINGO ALICEA COLON | CASE No. 17-07210 ESL |
| JULIO A CANCEL SANCHEZ | CASE No. 18-01385 ESL |
| JOSE A SEVILLANO SANTIAGO | CASE No. 18-01541 ESL |
| MARIA MERCEDES MARTIN ALONSO | CASE No. 18-02046 ESL |
| GILLERMO JESUS TIRADO MENENDEZ | CASE No. 19-01969 ESL |
| WYR CORPORATION | CASE No. 19-05703 ESL |
| NEW ENERGY COUNSULTANT & CONTRACTORS LLC | CASE No. 19-05891 ESL |

DEBTOR(S)

CHAPTER 7

ASSET CASES

TRUSTEE'S MOTION REQUESTING COURT AUTHORIZATION
TO PAY BLANKET BOND PREMIUMS

**TO THE HONORABLE COURT:**

**COMES NOW,** Wigberto Lugo Mender, CPA, duly appointed trustee of the above caption cases, and respectfully prays this Honorable Court as follows:

1. The undersigned trustee has received an invoice from International Sureties, LTD, in the amount of $5,681.79, corresponding to the blanket bond premium for the period from October 1, 2020 to October 1, 2021. Copy of this invoice is enclosed herein.

2. This invoice shall be paid in order for the trustee to be included in the blanket bond. The allocation of the premiums detailed above per each case subject to payment of a pro-rata share of said premiums is attached herein. This disbursement should be considered as administrative expenses of the undersigned trustee's administration.

TRUSTEE'S MOTION REQUESTING COURT AUTHORIZATION
TO PAY BLANKET BOND PREMIUMS
PAGE # 2

3. WHEREFORE, the undersigned Trustee prays this Honorable Court to allow payment of the afore mentioned blanket bond invoice as follows:

| Case Number | Debtor Name | Ledger Balance | Percentage | Blanket Bond |
|---|---|---|---|---|
| 12-03986 ESL | Wilfredo Acevedo Ruiz | 239,123.99 | 8.53% | 484.40 |
| 17-03258 ESL | Jose Rafael Negron Cruz | 379.94 | 0.01% | 0.77 |
| 17-03532 ESL | Angel Luis Claudio Diaz | 766.54 | 0.03% | 1.55 |
| 17-06275 ESL | Ruben Badillo Perez | 42,555.71 | 1.52% | 86.21 |
| 17-06993 ESL | DEL Cast Engineering Corp | 6,399.11 | 0.23% | 12.96 |
| 17-07210 ESL | Domingo Alicea Colon | 14,000.00 | 0.50% | 28.36 |
| 18-01385 ESL | Julio A Cancel Sanchez | 15,785.62 | 0.56% | 31.98 |
| 18-01541 ESL | Jose A Sevillano Santiago | 8,887.59 | 0.32% | 18.00 |
| 18-02046 ESL | Maria Mercedes Martin Alonso | 250.00 | 0.01% | 0.51 |
| 19-01969 ESL | Guillermo Jesus Tirado Menendez | 8,099.54 | 0.29% | 16.41 |
| 19-05703 ESL | WYR Corporation | 1,224.30 | 0.04% | 2.48 |
| 19-05891 ESL | New Energy Consultants & Contractors LLC | 4,124.59 | 0.15% | 8.36 |

**NOTICE TO ALL PARTIES:** within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico this 21ST date of September of 2020.

/S/ Wigberto Lugo Mender
WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
Centro Internacional de Mercadeo
100 Rd #165 Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax (787) 707-0412
trustee@lugomender.com

## **ORDER**

The above trustee's request for authorization to pay blanket bond premiums as detailed herein is hereby approved and the trustee is directed to issue checks accordingly.

ORDERED, this _____ day of _____, 2018 at San Juan, Puerto Rico.

_____
U.S. BANKRUPTCY JUDGE

```
                    INTERNATIONAL SURETIES, LTD.
                            SUITE 420
                         701 POYDRAS ST.
                      NEW ORLEANS, LA  70139
                  504-581-6404   Fax 504-581-1876
                        September 18, 2020
```

WIGBERTO LUGO-MENDER
CENTRO INTERNACIONAL DE MERCADEO                PHONE - 787-707-0404
CARR. 165 TORRE I SUITE 501                     FAX   - 787-707-0412
GUAYNABO, PR  00968                             eMAIL - wigberto@lugomender.com

                               INVOICE


Blanket Bond amount is  $   10,019,706

CHAPTER 7 BLANKET BOND PUERTO RICO - REGION 21

LIBERTY MUTUAL INSURANCE COMPANY

Bond # 016052125

TERM:  10/01/20  to  10/01/21




                    PREVIOUS BALANCE DUE        $       0.00
                            PREMIUM DUE         $   5,681.79
                              TOTAL DUE         $   5,681.79



PAYMENT IS DUE UPON RECEIPT

MAIL CHECK PAYABLE TO INTERNATIONAL SURETIES, LTD. TO THE ADDRESS ABOVE

PLEASE WRITE YOUR BOND NUMBER IN THE CHECK MEMO

YOU MAY ALSO REMIT PAYMENT VIA WIRE TRANSFER TO:

   WHITNEY BANK                          ACCOUNT # 1000-900-1944
   228 ST. CHARLES AVENUE                ABA # 065000171
   NEW ORLEANS, LA 70130                 TAX ID: 72-0708724